IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-cv-413 |
| | ) | |
| LARRY B. WELCH and | ) | |
| MARGARET L. WELCH, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Default having been entered against defendant LARRY B. WELCH for failure to answer, plead, or otherwise respond to the complaint, and the United States having requested a judgment against LARRY B. WELCH and having filed a proper declaration of the amount due in accordance with Fed. R. Civ. P. 55(b)(1),

Judgment is now rendered in favor of the United States and against LARRY B. WELCH for unpaid income tax, penalties, and interest relating to the years 1998, 2002, and 2003 in the sum of $329,913, plus statutory additions accruing after November 30, 2009 to the date of the payment.

Dated this 9th day of March, 2010.

FRANK JOHNS
Clerk of Court

By: _____
Deputy Clerk

5232668.1

COPIES TO:

Larry B. Welch
670 Parkway Drive
Maggie Valley, NC 28751

Margaret L. Welch
670 Parkway Drive
Maggie Valley, NC 28751

Ed Ryan
United States Attorney
Western District of North Carolina
227 W. Trade Street
Charlotte, North Carolina 28202

5232668.1